## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE THIRAN MCWILLIAMS SR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 17-3179 |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

GERALD A. MCHUGH, J.

    This 19th   day of  March          2018, upon consideration of Plaintiff's

request for review, and Defendant's response, and after careful review of the Report and Recommendation of

United States Magistrate Judge Timothy R. Rice, and Plaintiff's Objections, it is hereby ORDERDED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The Plaintiff's request for review is DENIED; and

    3. Judgment is entered in favor of the Defendant.

BY THE COURT:

GERALD A. MCHUGH, J.
UNITED STATES DISTRICT COURT